ACCEPTED
15-25-00009-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/31/2025 2:39 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/31/2025 2:39:32 PM
CHRISTOPHER A. PRINE
Clerk

Court of Appeals Number: 15-25-00009-CV

Trial Court Number: D-1-GN-24-001566

_____

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL
DISTRICT OF TEXAS

_____

**SAMMY TAWKKOL**, *Appellant*

vs.

**SHEILA VASQUEZ**, in her Official Capacity as
Manager of the Texas Department of Public Safety
-Sex Offender Registration Bureau;

and

**STEVEN McCRAW**, in his Official Capacity as
Director of the Texas Department of Public Safety

*Appellees*

_____

ON APPEAL FROM THE 200th JUDICIAL
DISTRICT COURT, TRAVIS COUNTY, TEXAS
THE HONORABLE JAMES CARROLL, J., PRESIDING

_____

**APPELLANT'S UNOPPOSED FIRST MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

_____

TO THE HONORABLE CHIEF JUSTICE AND ASSOCIATE JUSTICES

OF THE FIFTEENTH COURT OF APPEALS:

1

COMES NOW Sammy Tawakkol, Appellant in the above captioned and numbered appeal, and, pursuant to Rules 9 and 10.5(b) of the Texas Rules of Appellate Procedure, files this *Unopposed First Motion for Extension of Time to File Appellant's Brief*, and in this connection would respectfully show unto the Court of Appeals as follows:

1.

The Appellant's Brief on this appeal is **due Monday, April 7, 2025.** Since the filing of the Reporter's Record in this case on March 6, 2025, and the filing of the District Clerk's Record on March 7, 2025, Appellant's counsel has been unexpectedly submerged while fulfilling his trial and appellate obligations in other pending cases. These other obligations, in both size and complexity, have been extraordinary in relation to undersigned counsel's usual workload; and they have rendered it impossible for Appellant's counsel to adequately prepare and file Appellant's brief within the time previously allotted for this appeal (30 days). The Appellant does not anticipate any further extension of time will be necessary or requested by Appellant. Due to the aforementioned circumstances, Appellant moves the Court of Appeals to grant him an extension of time to file Appellant's Brief, for a period of **30 days, to and including Tuesday, May 6, 2025**.

2.

As reflected by the certificate of conference below, this motion is unopposed by all Appellees on this appeal.

WHEREFORE, PREMISES CONSIDERED, the Appellant prays this *Unopposed First Motion for Extension of Time to File Appellant's Brief* will be granted as requested herein.

*/s/Richard Gladden*
State Bar No. 07991330
Law Office of Richard Gladden
1204 West University Dr., Ste. 307
Denton, Texas 76201
940/323-9300 (Voice)
940/539-0093 (Fax)
richscot1@hotmail.com (email)

## CERTIFICATE OF CONFERENCE

This is to certify that on Monday, March 31, 2025, I communicated by email with the Attorney of Record for all Appellees on this appeal, Assistant Attorney General of Texas Christopher Lindsey, and that during the said conference Mr. Lindsey authorized me to inform the Fifteenth Court of appeals of Texas that the Appellees ***do not oppose*** this motion.

*/s/Richard Gladden*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this brief was served by electronic service using the TexFile system, on the Attorney of Record for all Appellees on this appeal, Christopher Lindsey, by use of his email address registered on the said filing system, on this 31st day of March, 2025, in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure.

*/s/Richard Gladden*

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Richard Gladden
Bar No. 07991330
richscot1@hotmail.com
Envelope ID: 99085916
Filing Code Description: Motion
Filing Description: Appellant's First Motion for an Extension of Time to File Brief
Status as of 3/31/2025 3:11 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard Gladden | | richscot1@hotmail.com | 3/31/2025 2:39:32 PM | SENT |
| Christopher Lindsey | 24065628 | Christopher.Lindsey@oag.texas.gov | 3/31/2025 2:39:32 PM | SENT |
| Terri Sparks | | terri.with.gladdenlaw@gmail.com | 3/31/2025 2:39:32 PM | SENT |